# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | No. 3:18cv1391 |
|---|---|---|
| **MIGUEL MOLINA,** | : | |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| **LAURAL R. HARRY, et al.,** | : | |
| Defendants | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' motion to dismiss (Doc. 23) is **GRANTED** in part;

2. Molina's First Amendment retaliation claim against Blease, Digby, and Hornung shall proceed. All other claims are **DISMISSED** without prejudice; and

3. Molina may file an amended complaint within 30 days of the date of this Order that addresses the deficiencies identified in the Memorandum Opinion. Failure to timely file an amended complaint will be deemed an election to proceed only with respect to the First Amendment retaliation claim against Blease, Digby, and Hornung.

BY THE COURT:

Date:8/22/19  s/James M. Munley

JUDGE JAMES M. MUNLEY
United States District Court