## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MIGUEL MOLINA,

                     Plaintiff,

          v.

LAUREL R. HARRY, *et al.*,

                     Defendants.

No. 3:18-CV-01391

(Judge Brann)

## ORDER

### AUGUST 25, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.   Defendants' motion to dismiss, Doc. 41, is **GRANTED IN PART**;

2.   The motion is **GRANTED** as to the Eighth Amendment conditions of confinement claims;

3.   The motion is **DENIED** as to the First Amendment retaliation claim;

4.   The Eighth Amendment conditions of confinement claims are **DISMISSED WITHOUT PREJUDICE** from the amended complaint; and

5.   The Clerk of Court is directed to **DISMISS** from this lawsuit Defendants Scott Whalen, A. Maxwell, and Gregory Carbaugh.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge