IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL MOLINA, | No. 3:18-CV-01391 |
| Plaintiff, | (Judge Brann) |
| v. | |
| LAURAL R. HARRY, *et al.*, | |
| Defendants. | |

**ORDER**

**SEPTEMBER 10, 2020**

**AND NOW**, upon consideration of the filing of Defendants' Answer, the Court finds it necessary to implement a scheduling order to ensure the speedy resolution of this case. Accordingly, **IT IS HEREBY ORDERED** that:

1. Requests for the joinder of parties or amendment of pleadings shall be filed by November 9, 2020.

2. Discovery shall be completed by December 9, 2020. In accordance with Local Rule of Court 5.4(b), the parties shall not file discovery requests with the Court.

3. Dispositive motions shall be filed by January 9, 2021.

4. No extensions of the pre-trial schedule shall be granted absent good cause.[1]

5. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

6. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending resolution of any dispositive motions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[1] *See* Fed. R. Civ. P. 16(b)(4).