IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL MOLINA, | No. 3:18-CV-01391 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| LAUREL R. HARRY, *et al.*, | |
| Defendants. | |

## ORDER

### DECEMBER 9, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment (Doc. 104) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants Laurel Harry, Jennifer Digby, Tim Hornung, and Randy Blease and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge