UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL MOLINA | : | No. 3:18-CV-1391 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| LAUREL R. HARRY, et al., | : | |
| | : | |
| Defendants. | : | |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($         ), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:   judgment is entered in favor of Defendants Laurel Harry, Jennifer Digby, Tim Hornung and Randy Blease.

This action was:

\_\_\_\_ tried by a jury with Judge _____ presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 12/9/2021 Memorandum and Order.


Dated: 12/9/2021                    Peter Welsh, Clerk of Court
                                    By: s/Lisa A. Gonsalves, deputy